UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  - v. -<br><br>ISAAC ODURO BOATENG,<br>    a/k/a "Kofi Boat,"<br>INUSAH AHMED,<br>    a/k/a "Pascal,"<br>DERRICK VAN YEBOAH,<br>    a/k/a "Van," and<br>PATRICK KWAME ASARE,<br>    a/k/a "Borgar,"<br><br>          Defendants. | ORDER<br><br>23 Cr. 263 |

Upon the application of the United States of America, by Assistant United States Attorney

Mitzi Steiner, it is hereby ORDERED that the Indictment in this matter, 23 Cr. 263, be unsealed.

Dated:   New York, New York
        August 7, 2025

                                  _____
                                    HONORABLE ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE